UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**                        CHAPTER 13
Mathew S Hutchinson                      CASE NO. 18-55664-MAR
                                                                 JUDGE MARK A RANDON

Debtor                                  /
_____

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and files her objections pursuant to E.D. Mich. LBR 3015-3(a) and opposes confirmation of the Chapter 13 Plan where it does not comply with Bankruptcy Code provisions, 11 U.S.C. §§ 1325, 1322, other applicable provisions of Title 11 Chapter 13 and Local Bankruptcy Rules, as follows:

1. Trustee requires debtor provide copies of all 2018 W-2s/1099s, upon receipt, and a copy of the 2018 federal income tax return, when filed.

2. Trustee requests documentation of the loan balance and payoff date for debtor's non-filing spouse's 401(k) loan.

3. Trustee requests a copy of the most recent mortgage statement debtor received for the property at 486 Village Drive, Walled Lake, MI.

4. Trustee requests all available post-petition pay stubs in order to verify debtor's wages and commission income as they become available.

**Wherefore,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

Dated: January 22, 2019

OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ MARGARET CONTI SCHMIDT
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**  CHAPTER 13
Mathew S Hutchinson  CASE NO. 18-55664-MAR
 JUDGE MARK A RANDON

Debtor                                                      /

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

GOLDSTEIN BERSHAD & FRIED
4000 TOWN CENTER #1200
SOUTHFIELD, MI 48075

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

Mathew S Hutchinson
5731 Bingham Drive
Commerce Township, MI 48382

January 22, 2019   /s/ Shannon Horton
 SHANNON HORTON
 For the Office of the Chapter 13 Trustee-Detroit
 719 Griswold Street, Ste 1100
 Detroit, MI 48226
 (313) 962-5035
 notice@det13ksc.com