UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

In re: Mathew S. Hutchinson        Case No.: 18-55664-mar

Chapter 13

Judge: Mark A. Randon

Debtor(s)

_____/

## STIPULATION FOR ENTRY OF ORDER ADJOURNING
## HEARING REGARDING CONFIRMATION

The undersigned parties, constituting the Moving Party, the Standing Chapter 13 Trustee, and all other parties having objected to the requested relief, stipulate to entry of an Order adjourning the hearing to consider the following matter(s):

| (only those boxes checked apply): | | |
|---|---|---|
| ☐ Motion to Dismiss Case | X Confirmation of Plan | ☐ Plan Modification |
| ☐ Motion for Relief From Stay as to creditor _____ | | ☐ Motion for Loan Modification |
| ☐ Objection to Proof of Claim of creditor _____ | | ☐ Other _____ |

is adjourned from **February 13, 2019** at **9:00 a.m.** *to* **June 19, 2019** at **9:00 a.m.**

The parties stipulate to entry of an Order Adjourning Hearing the form attached to this Stipulation. The party submitting this Stipulation to the Court is authorized to include on the form of this Stipulation that is submitted to the Court the electronic "signature" ("/S/") for each party affixing an original signature consistent with this Court's ECF Guidelines.

OFFICE OF KRISPEN S. CARROLL,        Krispen S. Carroll (P49817)

STANDING CHAPTER 13 TRUSTEE        Margaret Conti Schmidt (P42945)

Maria Gotsis (P67107)

Chapter 13 Trustee

719 Griswold
Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com


/s/ Molly Slutsky Simons

Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor


GOLDSTEIN, BERSHAD & FRIED, P.C.


/s/ Aaron J. Scheinfield

Aaron J. Scheinfield (P67495)

Attorneys for Debtor

4000 Town Center, Suite 1200

Southfield, MI 48075

(248) 355-5300

scott@bk-lawyer.net

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**In re: Mathew S. Hutchinson**      **Case No.: 18-55664-mar**

**Chapter 13**

**Judge: Mark A. Randon**

**Debtor(s)**

_____/

## ORDER ADJOURNING HEARING REGARDING CONFIRMATION

This cause came before the Court on the stipulation of the parties for entry of an Order Adjourning Hearing, and this Court, having reviewed the stipulation and being otherwise fully advised in the premises, and having concluded that cause exists for the entry of this Order, it is hereby ORDERED:

---

(only those boxes checked apply):

☐ Motion to Dismiss Case     X Confirmation of Plan     ☐ Plan Modification

☐ Motion for Relief From Stay as to creditor _____     ☐ Motion for Loan Modification

☐ Objection to Proof of Claim of creditor _____     ☐ Other _____

is adjourned from **February 13, 2019** at **9:00 a.m.** *to* **June 19, 2019** at **9:00 a.m.**

---

It is further ORDERED (only those boxes checked apply):

☐ Debtor shall be 100% current in plan payments, pursuant to the trustee's records, on or before _____.

☐ Debtor shall file and serve _____ on or before _____.

☐ Debtor shall provide _____ to the trustee on or before _____.

☐ Other _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without further notice or hearing upon the filing of an Affidavit of Default by the Trustee.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing of an Affidavit of Default by Creditor, _____

☐ If any of the foregoing is not completed by the date specified, the Court may enter an Order Denying the requested relief without further notice or hearing upon the filing of an Affidavit of Default by _____.

☐ If any of the foregoing is not completed by the date specified, the Court may enter an Order Granting the requested relief without further notice or hearing upon the filing of an Affidavit of Default by _____.